TIMOTHY J. HOGAN 5312-0
ATTORNEY AT LAW
1050 Bishop Street, No.433
Honolulu, Hawaii 96813
Tel. No. (808) 382-3698
Fax No. (808) 356-1682
E-mail: tjh@timhogan.com

Attorney for Trustee
Dane S. Field

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>Simon Bebb,<br><br>Debtor. | CASE NO. 09-01113 RJF<br>(Chapter 7)<br><br>HEARING<br>DATE:<br>TIME:<br>JUDGE: Honorable Robert J. Faris |

**MOTION FOR ORDER EXTENDING DEADLINES**

Dane Filed, the duly appointed Trustee (the "Trustee") pursuant to Bankruptcy Rules 4004 and 9006, hereby moves for an order extending the time to file a complaint objecting to discharge pursuant to §727, or a motion to dismiss for substantial abuse pursuant to §707(b) to and including September 16, 2010. This motion seek an order that will be applicable to the Trustee and the Office of the United States Trustee.

## BACKGROUND

This case was commenced on May 19, 2009, by the filing of a voluntary petition under Chapter 7 of the Bankruptcy Code. Dane S. Field (the "Trustee") was appointed Chapter 7 Trustee and is serving under his blanket bond. By Stipulation approved on June 1, 2010, the Debtor stipulated to extend the dates for the Trustee or the Office of the United States Trustee to bring actions to object to discharge and/or dismiss (Docket Number 36.) Pursuant to that stipulation the deadline for filing complaints objecting to discharge under §727 of the Bankruptcy Code and motions to dismiss under §707(b) was set to expire on June 30, 2010.

The Trustee is engaged in attempting to negotiate a resolution of the issues that gave rise to the need to seek the extension and has hopes that the case will be resolved without the need to file any objection to discharge or a motion to dismiss.

## ARGUMENT

Bankruptcy Rule 4004 authorizes the court to extend the deadlines to file complaints under §727 or motions under §707(b) for cause. The Trustee has been engaged in investigation of the Debtor's financial affairs that were complex. The Trustee hopes to resolve the case with an agreement, pending Court approval, that would permit the debtor to obtain a discharge but needs to protect the Estate



U.S. Bankruptcy Court - Hawaii #09-01113 Dkt # 37 Filed 06/30/10 Page 2 of 3

and the Office of the United States Trustee's ability to file objections should the compromise not be consummated.

**CONCLUSION**

For the foregoing reasons, the Trustee respectfully requests an order extending the deadline to file objections to discharge under §727 and motions under §707(b) be extended to, and including, September 16, 2010.

Dated: Honolulu, Hawaii, June 30, 2010.

/S/Timothy J. Hogan
TIMOTHY J. HOGAN
Attorney for Dane S. Field, Trustee