hn031 (03/08)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

| Debtor:<br>Simon Bebb<br>400 Hualani St., Apt. 207<br>Hilo, HI 96720<br><br>SSN/TAXID/Other: xxx–xx–4073 | Case No.: 09–01113<br>Chapter: 7 |
|---|---|

## NOTICE OF NEED TO FILE A PROOF OF CLAIM

**NOTICE IS HEREBY GIVEN:** The initial Notice of Bankruptcy Case and Deadlines notified creditors that it was not necessary to file a proof of claim at that time.

It now appears that there may be assets in this case from which a dividend may be paid to creditors, and creditors who wish to share in any distribution of funds are now required to file a proof of claim. In order to receive a possible distribution, you must file a proof of claim with the clerk of the bankruptcy court at the address below not later than **November 10, 2010.** Creditors who do not file a proof of claim on or before this date may not be permitted to share in any distribution from the estate. However, any creditor who has previously filed a proof of claim in this case need not file the same claim again.

A proof of claim form is enclosed with this notice. Please complete the form as instructed and make sure that it is signed by the person authorized to file the claim. Attach supporting documents as necessary, making sure to redact any confidential information such as the first 5 numbers of a Social Security Number. (See the explanation for "Redacted" on the reverse side of the claim form.) <u>Do not attach any original documents</u> – these documents will be scanned to create an electronic image and then destroyed. Any attachments must be on 8.5" x 11" paper; larger sized paper will result in the claim being returned to you without filing.

You do not need to send any copies. However, if you wish file–stamped documents returned to you for your records, you may enclose one or more copies and a self–addressed envelope with sufficient postage for mailing back to you.

Notice is further given that, pursuant to Rule 6004(d) of the Federal Rules of Bankruptcy Procedure, creditors and other parties in interest will not receive any specific notice of sales of estate property by the trustee if all of the nonexempt property of the estate has an aggregate gross value less than $2,500, unless you file an objection to this procedure at the address below not later than 14 days after the date of this notice.

| Dated: August 2, 2010<br><br>Documents may be viewed and filed at:<br><br>https://ecf.hib.uscourts.gov<br>(PACER account required) | *Michael B. Dowling*<br>Clerk of the Bankruptcy Court<br><br>Clerk's Office:<br>1132 Bishop Street<br>Suite 250<br>Honolulu, HI 96813<br>Telephone number: (808) 522–8100 |
|---|---|