hn031 (03/08)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

| Debtor:<br>Simon Bebb<br>400 Hualani St., Apt. 207<br>Hilo, HI 96720<br><br>SSN/TAXID/Other: xxx–xx–4073 | Case No.: 09–01113<br>Chapter: 7 |
|---|---|

## NOTICE OF NEED TO FILE A PROOF OF CLAIM

**NOTICE IS HEREBY GIVEN:** The initial Notice of Bankruptcy Case and Deadlines notified creditors that it was not necessary to file a proof of claim at that time.

It now appears that there may be assets in this case from which a dividend may be paid to creditors, and creditors who wish to share in any distribution of funds are now required to file a proof of claim. In order to receive a possible distribution, you must file a proof of claim with the clerk of the bankruptcy court at the address below not later than **November 10, 2010.** Creditors who do not file a proof of claim on or before this date may not be permitted to share in any distribution from the estate. However, any creditor who has previously filed a proof of claim in this case need not file the same claim again.

A proof of claim form is enclosed with this notice. Please complete the form as instructed and make sure that it is signed by the person authorized to file the claim. Attach supporting documents as necessary, making sure to redact any confidential information such as the first 5 numbers of a Social Security Number. (See the explanation for "Redacted" on the reverse side of the claim form.) <u>Do not attach any original documents</u> − these documents will be scanned to create an electronic image and then destroyed. Any attachments must be on 8.5" x 11" paper; larger sized paper will result in the claim being returned to you without filing.

You do not need to send any copies. However, if you wish file−stamped documents returned to you for your records, you may enclose one or more copies and a self−addressed envelope with sufficient postage for mailing back to you.

Notice is further given that, pursuant to Rule 6004(d) of the Federal Rules of Bankruptcy Procedure, creditors and other parties in interest will not receive any specific notice of sales of estate property by the trustee if all of the nonexempt property of the estate has an aggregate gross value less than $2,500, unless you file an objection to this procedure at the address below not later than 14 days after the date of this notice.

Dated: August 2, 2010

Documents may be viewed and filed at:

https://ecf.hib.uscourts.gov
(PACER account required)

*Michael B. Dowling*
Clerk of the Bankruptcy Court

Clerk's Office:
1132 Bishop Street
Suite 250
Honolulu, HI 96813
Telephone number: (808) 522−8100

.

B10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT District of Hawaii | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Simon Bebb | Case Number: 09-01113 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br><br><br><br><br><br>Telephone number: | **Court Claim Number:**_____<br>(*If known*)<br><br><br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:**   $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
    (See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

   **3a. Debtor may have scheduled account as:** _____
       (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   **Nature of property or right of setoff:**   ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   **Describe:**

   **Value of Property: $**_____ **Annual Interest Rate**\_\_\_\_%

   **Amount of arrearage and other charges as of time case filed included in secured claim,**

   **if any: $**_____ **Basis for perfection:** _____

   **Amount of Secured Claim: $**_____ **Amount Unsecured: $**_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(\_\_).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

| Date: | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**B10 (Official Form 10) (04/10) - Cont.**

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____**DEFINITIONS**_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____**INFORMATION**_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.

# CERTIFICATE OF NOTICE

```
District/off: 0975-1           User: lisa                Page 1 of 2                Date Rcvd: Aug 02, 2010
Case: 09-01113                 Form ID: hn031            Total Noticed: 74

The following entities were noticed by first class mail on Aug 04, 2010.
db           +Simon Bebb,    400 Hualani St., Apt. 207,    Hilo, HI 96720-6406
942603       +Alteka Co., Ltd.,    ASB Tower, 18th Floor,    1001 Bishop Street,    Honolulu HI 96813-3429
942604       +Alternative Debt Portfolio,    c/o Grant Kidani, Esq.,    233 Merchant St., #300,
               Honolulu HI 96813-2995
942605       +Ashford & Wriston,    1099 Alakea Street, #1400,    Honolulu HI 96813-4500
942606       +Bank of America/American Svgs,    c/o Dwyer Imanaka,    900 Fort St., #1800,
               Honolulu HI 96813-3715
942607       +Bridge Capital/Sunsent Managem,    c/o Bruce Voss, Esq.,    1099 Alakea St., 16th Floor,
               Honolulu HI 96813-4500
942609       +Business Services HI,    Box 4904,    Hilo HI 96720-0904
942608       +Business Services Hawaii,    P.O. Box 4904,    Hilo HI 96720-0904
942612       +CIT Group Sales Financial,    P.O. Box 24610,    Oklahoma City OK 73124-0610
942610        Carlsmith Ball,    Attn: Steve Lim, Esq.,    12 Waianuenue Avenue,    Hilo HI  96720
942613       +City Center,    Box 31000,    Honolulu HI 96849-0001
949713        Col. and Mrs. John Appleton,    c/o Lance Newby,    SJO 17363, 1601 NW 9th Ave,    P.O. Box 025331,
               Miami FL  33102-5331
942614       +County of Kauai,    4444 Rice St., #A-463,    Lihue HI 96766-1328
942615       +David Leroy Hicks,    c/o Jason Wong, Esq.,    1001 Bishop St., #1028,    Honolulu HI 96813-3404
942616       +Dennis Joslin Co.,    c/o Patricia McHenry, Esq.,    1000 Bishop Street, #1200,
               Honolulu HI 96813-4298
942617       +Department of Water Supply,    c/o Lincoln Ashida, Esq.,    101 Aupuni Street, #325,
               Hilo HI 96720-4262
942618       +Dept. of Environmental Managem,    c/o Lincoln Ashida, Esq.,    101 Aupuni Street, #325,
               Hilo HI 96720-4262
942619       +Dept. of Labor & Industrial Relations,    Directors Office,    830 Punchbowl St. #321,
               Honolulu HI 96813-5095
942620        Dept. of Taxation,    Attn: Bankruptcy Unit,    PO Box 259,    Honolulu HI  96809-0259
942623       +Director of Finance,    c/o Lincoln Ashida, Esq.,    101 Aupuni Street, #325,    Hilo HI 96720-4262
942622       +Director of Finance,    200 S. High St.,    Wailuku HI 96793-2155
942624       +Equilease Financial,    50 Washington St., #121,    Norwalk CT 06854-2750
1028681      +Equilease Financial Services, Inc.,    50 Washington Street, 10th Floor,
               South Norwalk, CT 06854-2710
942626       +FedEx,    Box 7221,    Pasadena CA 91109-7321
942627       +First Portland Corp.,    c/o The Corporation,    1000 Bishop St., #1200,    Honolulu HI 96813-4298
942628       +Freitas & Saito,    1003 Bishop St., #610,    Honolulu HI 96813-6415
942629       +Frontier One, LLC,    c/o Kenneth Sugita, Esq.,    999 Bishop St., #2600,    Honolulu HI 96813-4430
942632       +GE Capital,    c/o Ted Pettit, Esq.,    737 Bishop St., #2600,    Honolulu HI 96813-3283
942631        GE Capital,    c/o Marvin Dang, Esq.,    P.O. Box 4109,    Honolulu HI  96812-4109
942630       +Gas Co.,    c/o F. Huff, Inc.,    Box 747,    Hilo HI 96721-0747
942634       +H. Vasi,    c/o Jacob Ing, Esq.,    1888 Kalakaua Ave., #306,    Honolulu HI 96815-1525
942638       +HELCO,    c/o Paul Fujioka,    Box 1027,    Hilo HI 96721-1027
942640       +HMSA,    Box 29330,    Honolulu HI 96820-1730
942635        Hawaii Electric Light Co.,    c/o Susan Li, Esq.,    P.O. Box 2750,    Honolulu HI  96840-0001
942636       +Hawaii National Bank,    c/o Denis Leong, Esq.,    1001 Bishop St., #1600,
               Honolulu HI 96813-3698
942637       +Hawaiian Telcom,    Box 30770,    Honolulu HI 96820-0770
949717       +Hawaiian Telcom,    c/o Credit Associates of Maui,    1817 Wells St.,    Box 1074,
               Wailuku HI 96793-2333
942639       +Hirayama Brothers,    510 Kaianikoa St.,    Hilo HI 96720-4506
951434       +Huseini Vasi,    2211 Apoepoe Street,    Pearl City, HI 96782-1240
949714       +Insurance Associates,    Attn: Sue Savio, President,    800 Bethel Street, #200,
               Honolulu HI 96813-4338
942643       +Investors Funding Corporation,    c/o William Plum, Esq.,    1003 Bishop Street, #1360,
               Honolulu HI 96813-6442
942644       +Jaguar Credit,    P.O. Box 680020,    Franklin TN 37068-0020
942646        Kinzie Bird,    Fairfax VA
942647       +Land Rover,    25 Braintree Hill Park S,    Braintree MA 02184-8702
942648       +Land Rover Cup Group,    P.O. Box 680020,    Franklin TN 37068-0020
942649       +Margaret and Roy Chionh,    c/o La Cucaracha Restaurant,    2446 Koa Ave.,    Honolulu HI 96815-3243
942650        Mastercard,    c/o First Hawaiian Bank,    P.O. Box 29450,    Honolulu HI  96820-1850
942651       +Maunakea Electric,    48 Wiwoole St.,    Hilo HI 96720-5165
947471       +N&K CPA, Inc.,    ASB Tower, Suite 1700,    1001 Bishop Street,    Honolulu, HI 96813-3429
947472       +N&K CPAs, Inc.,    c/o Grant K. Kidani, Esq.,    201 Merchant Street, Suite 2300,
               Honolulu, HI 96813-2949
942653       +Nishihama & Kishida,    1001 Bishop St., #1700,    Honolulu HI 96813-3696
942654       +Otsuka, Hatsuko,    c/o Junsuke Otsuka, Esq.,    50 S. Beretania Street, #C203,
               Honolulu HI 96813-2222
942655       +Owen's Financial,    2221 Olympic Blvd.,    Walnut Creek CA 94595-1623
942656       +Owens Mortgage Investment Fund,    c/o Colin Miwa, Esq.,    1000 Bishop St., #1200,
               Honolulu HI 96813-4298
942657       +Panko Architects,    311 Seventh Avenue,    San Mateo CA 94401-4259
949715       +Randy Brooks, Esq.,    Brooks Tom & Porter,    2125 Davies Pacific Center,    841 Bishop St.,
               Honolulu HI 96813-3908
942658        Real Property Tax Collection,    City & County of Honolulu,    City Hall,    Honolulu HI  96813
942659       +State of Hawaii,    830 Punchbowl St.,    Honolulu HI 96813-5095
949718       +State of Hawaii, Dept. of Labor,    1990 N. Kinoole St., #101,    Hilo HI 96720-5293
942660       +Vestin Mortgage,    c/o Alston Hunt,    1001 Bishop St., #1800,    Honolulu HI 96813-3689
942666      ++WYNDHAM CONSUMER FINANCE INC,    P O BOX 97474,    LAS VEGAS NV 89195-0001
              (address filed with court: Wyndham Vacation Resorts,    P.O. Box 98940,
               Las Vegas NV  89193-8940)
942661       +Wagner Choi & Verbrugge,    745 Fort Street, Suite 1900,    Honolulu HI 96813-3820
942662       +Wagner, Ed,    94-366 Kaholo Street,    Mililani HI 96789-2531
942663       +Waihee & Nip,    333 Queen St., #608,    Honolulu HI 96813-4716
```

```
District/off: 0975-1           User: lisa              Page 2 of 2               Date Rcvd: Aug 02, 2010
Case: 09-01113                 Form ID: hn031          Total Noticed: 74
```

```
942664       +Weinberg Foundation,    3660 Waialae Avenue,    Honolulu HI 96816-3257
942665       +Wells Fargo Financial,    1001 Bishop St.,    Honolulu HI 96813-3429
The following entities were noticed by electronic transmission on Aug 03, 2010.
tr           +EDI: QDSFIELD.COM Aug 02 2010 22:08:00      Dane S. Field,    P.O. Box 4198,
               Honolulu, HI 96812-4198
942611       +EDI: CHASE.COM Aug 02 2010 22:08:00      Chase N.A.,    800 Brooksedge Blvd.,
               Westerville OH 43081-2822
942621       +EDI: CITICORP.COM Aug 02 2010 22:08:00      Diner's Club,    P.O. Box 6241,
               Sioux Falls SD 57117-6241
1028681      +E-mail/Text: mlippert@eqfsdirect.com                           Equilease Financial Services, Inc.,
               50 Washington Street, 10th Floor,    South Norwalk, CT 06854-2710
942633       +EDI: RMSC.COM Aug 02 2010 22:08:00      GEMB/JCP,    P.O. Box 984100,    El Paso TX 79998-4100
942642        EDI: IRS.COM Aug 02 2010 22:08:00      Internal Revenue Service,    Fresno CA 93888-0002
942641        EDI: IRS.COM Aug 02 2010 22:08:00      Internal Revenue Service,    PO Box 21126,    Phil PA  19114
942645       +EDI: FORD.COM Aug 02 2010 22:08:00      Jaguar Credit,    P.O. Box 111897,
               Nashville TN 37222-1897
942652       +EDI: DAIMLER.COM Aug 02 2010 22:08:00      Mercedes-Benz Credit,    P.O. Box 685,
               Roanoke TX 76262-0685
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
942625       ##+Ernie Itoga,    443 Kuliouou Rd.,    Honolulu HI 96821-2232
949716       ##+Upena Systems, Inc.,    1003 Bishop St., #895,    Honolulu HI 96813-6400
                                                                                              TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 04, 2010**                       **Signature:**    _Joseph Speetjens_